IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 12-02703 JSW |
| v. | |
| (1) APPROXIMATELY $35,040 IN UNITED STATES CURRENCY and (2) APPROXIMATELY $36,085 IN UNITED STATES CURRENCY, | **ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION TO DISMISS** |
| Defendants, | |
| HEMIAR HIDAIS and AHMED ALMONTASER, | |
| Claimants. | |

Now before the Court is Claimants' motion to dismiss. Claimants, appearing pro se, filed a motion to dismiss on July 24, 2012 and set the hearing on August 16, 2012 at 11:00 a.m. However, this Court hears argument on motions on Friday morning at 9:00 a.m. and hearings on motions must be at least 35 days from service of the motion. *See* Northern District Local Rule 7-2(a).

Accordingly, the motion to dismiss is CONTINUED to the first available Friday on this Court's calendar, October 5, 2012 at 1:30 p.m., just preceding the case management conference. The opposition brief to the motion to dismiss shall be filed no later than August 10, 2012 and the reply, if any, shall be filed no later than August 17, 2012.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 27, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

1 APPROXIMATELY ,040 IN US CURRENCY et al,

        Defendant.

Case Number: CV12-02703 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ahmed Almontaser
703 Carroll Street
Brooklyn, NY 11215

Hemiar Hidais
2021 78th Street #4
Brooklyn, NY 11214

Dated: July 27, 2012

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk