IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(1) APPROXIMATELY $35,040 IN UNITED STATES CURRENCY, and (2) APPROXIMATELY $36,085 IN UNITED STATES CURRENCY,

    Defendants.

No. C 12-02703 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING GOVERNMENT'S MOTION TO STRIKE CLAIMS**

On October 1, 2012, this Court issued an order to show cause why the Claimants' claims should not be stricken for either (1) untimeliness in filing their original claims, or (2) failure to respond to the outstanding special interrogatories. Claimants were ordered to file a response in writing with a reply on their motion to dismiss as well as oppositions to the motions to strike their claims by no later than October 12, 2012. Claimants were admonished that failure to respond timely to the order to show cause would result in the granting of the government's motion to strike the claims.

Having received no response to the order to show cause, the Court GRANTS the government's motion to strike the claims.

**IT IS SO ORDERED.**

Dated: January 4, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>  v.<br><br>1 APPROXIMATELY ,040 IN US CURRENCY et al,<br><br>            Defendant.<br>_____/ | Case Number: CV12-02703 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ahmed Almontaser
703 Carroll Street
Brooklyn, NY 11215

Hemiar Hidais
2021 78th Street #4
Brooklyn, NY 11214

Dated: January 4, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk