1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                     No. C 12-02703 JSW

  v.

(1) APPROXIMATELY $35,040 IN UNITED     **ORDER DISCHARGING ORDER**
STATES CURRENCY, and (2)               **TO SHOW CAUSE AND**
APPROXIMATELY $36,085 IN UNITED     **GRANTING GOVERNMENT'S**
STATES CURRENCY,                   **MOTION TO STRIKE CLAIMS**

      Defendants.

_____/

      On October 1, 2012, this Court issued an order to show cause why the Claimants' claims should not be stricken for either (1) untimeliness in filing their original claims, or (2) failure to respond to the outstanding special interrogatories.  Claimants were ordered to file a response in writing with a reply on their motion to dismiss as well as oppositions to the motions to strike their claims by no later than October 12, 2012.  Claimants were admonished that failure to respond timely to the order to show cause would result in the granting of the government's motion to strike the claims.

      Having received no response to the order to show cause, the Court GRANTS the government's motion to strike the claims.

      **IT IS SO ORDERED.**

Dated:   January 4, 2013

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

1

2    UNITED STATES DISTRICT COURT

3    FOR THE

4    NORTHERN DISTRICT OF CALIFORNIA

5

6
     USA,
7                                              Case Number: CV12-02703 JSW
                    Plaintiff,
8                                              **CERTIFICATE OF SERVICE**

9    v.

10   1 APPROXIMATELY ,040 IN US
     CURRENCY et al,
11
                    Defendant.
12   _____/

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
14
     That on January 4, 2013, I SERVED a true and correct copy(ies) of the attached, by placing
15   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
     depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
16   delivery receptacle located in the Clerk's office.

17

18   Ahmed Almontaser
     703 Carroll Street
19   Brooklyn, NY 11215

20
     Hemiar Hidais
21   2021 78th Street #4
     Brooklyn, NY 11214
22

23   Dated: January 4, 2013                    *Jennifer Ottolini*
                                               Richard W. Wieking, Clerk
24                                             By: Jennifer Ottolini, Deputy Clerk

25

26

27

28

United States District Court
For the Northern District of California