**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 12-02703 JSW (DMR) |
| Plaintiff(s), | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| 1 APPROXIMATELY ,040 IN US CURRENCY, | |
| Defendant(s). | |
| _____/ | |

The briefing schedule for the pending motion for default judgment shall be as follows:

1. Any opposition or statement of non-opposition is due no later than January 29, 2013.

2. Any reply is due no later than February 5, 2013.


IT IS SO ORDERED.


Dated:  January 18, 2013

_____
DONNA M. RYU
United States Magistrate Judge