**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff(s),<br><br>  v.<br><br>APPROXIMATELY $35,040,<br><br>    Defendant(s).<br>_____/ | No. C-12-02703 JSW (DMR)<br><br>**ORDER SETTING HEARING DATE ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Plaintiff's Motion for Default Judgment. [Docket No. 30.] Please be advised that the previously-noticed hearing date of March 22, 2013 on the motion has been vacated. You are hereby notified that the hearing on the motion is set for March 28, 2013 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: January 18, 2013

_____
DONNA M. RYU
United States Magistrate Judge