UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>(1) APPROXIMATELY $35,040 IN UNITED STATES CURRENCY, and (2) APPROXIMATELY $36,085 IN UNITED STATES CURRENCY<br><br>　　　　Defendants.<br>_____/ | No. C-12-02703-JSW (DMR)<br><br>**ORDER TO FILE SUPPLEMENTAL BRIEFING TO MOTION FOR DEFAULT JUDGMENT, VACATING PREVIOUSLY-NOTICED HEARING DATE, AND SETTING HEARING DATE ON THE MOTION** |

　　　　On January 15, 2013, Plaintiff filed a motion for default judgment. [Docket No. 30.] Having reviewed that motion, this court determines that Plaintiff did not brief its entitlement to the entry of default judgment pursuant to the factors enumerated in the Ninth Circuit's decision in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

　　　　Plaintiff shall submit additional briefing by **March 29, 2013**, to address its entitlement to the entry of default judgment pursuant to the *Eitel* factors. Any opposition or statement of non-opposition is due no later than **April 12, 2013**.

　　　　Please be advised that the previously-noticed hearing date on the motion of March 28, 2013 at 11 a.m. has been vacated. You are hereby notified that the hearing on the motion is set for **April 18, 2013 at 11 a.m.** the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For

courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: March 14, 2013

DONNA M. RYU
United States Magistrate Judge

2