UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>(1) APPROXIMATELY $35,040 IN US CURRENCY, and (2) APPROXIMATELY $36,085 IN UNITED STATES CURRENCY,<br><br>        Defendants.<br>_____/ | No. C-12-02703 DMR<br><br>**ORDER DENYING REQUEST OF HEMIAR HIDAIS AND AHMED ALMONTASER TO CONTINUE HEARING** |

    The court is in receipt of a last minute request from former Claimants Hemiar Hidais and Ahmed Almontaser to continue the hearing scheduled for April 18, 2013 regarding Plaintiff's Motion for Default Judgment [Docket No. 30]. Hidais and Almontaser have been dismissed from the case and are no longer claimants. [Docket No. 26.] Therefore, they do not have standing to request the continuance of today's hearing. The motion is denied.

    IT IS SO ORDERED.

Dated: April 18, 2013

_____
DONNA M. RYU
United States Magistrate Judge