IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 12-02703 JSW |
| v. | |
| (1) APPROXIMATELY $35,040 IN UNITED STATES CURRENCY, and (2) APPROXIMATELY $36,085 IN UNITED STATES CURRENCY, | **ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| Defendants. | |

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Donna M. Ryu, in which she recommends that the Court grant Plaintiff's motion for default judgment. The deadline for filing objections to the Report has passed, and neither party has filed objections.

The Court has considered the Report, relevant legal authority, and the record in this case. The Court finds the Report thorough and well reasoned and adopts it in every respect. Accordingly, the Court grants Plaintiff's motion for default judgment. The Court condemns and causes to be forfeited to the United States currency in the amounts of $35,040 and $36,085, pursuant to 21 U.S.C. § 881(a)(6). Further, the Court vests all rights, title and interest in said currency to the United States.

The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 3, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE